1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiffs
5  Irvin K. YEE
   and Liya YANG
6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8
9  Irvin K. YEE,
   and Liya YANG
10                                          )   Case No.:
                                            )
11              Plaintiffs                  )   **COMPLAINT FOR WRIT IN THE**
                                            )   **NATURE OF MANDAMUS**
12  vs.                                     )
                                            )
13  MICHAEL CHERTOFF, Secretary of the      )
    Department of Homeland Security;        )
14  ROBERT S. MUELLER, Director of Federal  )
    Bureau of Investigation                 )
15                                          )
                Defendants.                 )   "Immigration Case"
16  _____ )

17       Plaintiffs Irvin K. YEE and Liya YANG, by and through their undersigned attorney, sue

18  Defendants and states as follows:

19  1.       This action is brought against the Defendants to compel action on the Petition for

20  Alien Relative, or Form I-130, filed by Plaintiff Irvin K. YEE, U.S. citizen, on behalf of his alien

21  wife, Plaintiff Liya YANG, and on the application to Adjust to Permanent Resident Status, or Form I-

22  485, by Plaintiff Liya YANG, based on Plaintiff Liya YANG's marriage to Plaintiff Irvin K. YEE,

23  properly filed by the Plaintiffs. The I-130 petition and I-485 application remain within the jurisdiction

24  of the Defendants, who have improperly withheld action on said applications to Plaintiffs' detriments.

25                                  **PARTIES**

26  2.       Plaintiff Irvin K. YEE is a native and citizen of the United States. He filed a Form I-130,

27  Petition for Alien Relative, on January 31, 2005 with the U.S.C.I.S. San Jose Office on behalf of

28  Plaintiff Liya YANG, his alien wife (**Exhibit 1: Receipt**). Plaintiff Liya YANG is a native and

---
Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT              F:\LING\Mandamus\485 Family Based\YANG Liya & YEE Irvin\Complaint.wpd

1  citizen of the People's Republic of China. She currently is employed by the Univeristy of

2  California San Francisco as a Post Doctorate Researcher.  Her Form I-485, Application to

3  Register Permanent Resident or Adjust Status was concurrently filed with her husband's Form I-

4  130, also on January 31, 2005(**Exhibit 1: Receipt**) and is seeking to become lawful permanent

5  resident of the United States as beneficiary of the Form I-130 petition filed by Plaintiff Irvin K.

6  YEE.

7  3.       Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

8  (DHS), and this action is brought against him in his official capacity.  He is generally charged

9  with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

10  such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

11  4.       Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),

12  the law enforcement agency that conducts security clearances for other U.S. government agencies,

13  such as the Department of State.  As will be shown, Defendant has failed to complete the security

14  clearances on Plaintiff's case.

## JURISDICTION

16  5.       Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,

17  and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

## VENUE

19  6.       Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action

20  against officers and agencies of the United States in their official capacities, brought in the

21  District where the Plaintiffs reside if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

23  7.       Plaintiffs have exhausted their administrative remedies.

## CAUSE OF ACTION

25  8.       Plaintiff Irvin K. YEE is a native and a citizen of the United States.He filed a Form I-130,

26  Petition for Alien Relative, on behalf of Plaintiff Liya YANG, his alien wife with the USCIS San

27  Jose Office on January 31, 2005 (**Exhibit 1: Receipt**).  Plaintiff Liya YANG is a native and

28  citizen of the People's Republic of China. Her Form I-485, Application to Register Permanent

1    Resident or Adjust Status was received by the USCIS San Jose Office on January 31, 2005

2    (**Exhibit 1: Receipt**), and Plaintiffs Irvin K. YEE and Liya YANG also had their interview on

3    May 10, 2005 at the San Jose Office and was informed on the date of the interview that their case

4    was pending security clearance (**Exhibit 2: Notice**).

5    9.    According to the Service Center processing dates, the USCIS San Jose Office's processing

6    timeframe for I-485 adjustment application is six months (**Exhibit 3: Copy of San Jose CA**

7    **Processing Dates Posted on September 15, 2007**).  Plaintiff Irvin K. YEE's I-130 and Plaintiff

8    Liya YANG's I-485 application have now remained pending for almost 32 months from the date

9    of the filing.

10    10.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance

11    with the law.  Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's

12    I-485 application for almost 32 months from the date of filing, thereby depriving them of the

13    rights to the decision on their applications and the peace of mind to which Plaintiffs are entitled.

14    11.    Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties

15    under the law.

16        (a)    Plaintiff Irvin K. YEE has been damaged by simply being deprived of the

17            adjudication of his Form I-130, Petition for Alien Relative, for almost 32 months.

18        (b)    Plaintiff Liya YANG  has been damaged by simply being deprived of the

19            adjudication of her Application to Adjust to Permanent Resident Status for almost

20            32 months. Plaintiff has also been unable to plan any foreign travel or pursue a

21            future course of action in the United States due to the pendency of her I-485

22            application.

23        (c)    Plaintiff Liya YANG has been damaged in that her employment authorization is

24            tied to her status as applicant for permanent residency, and is limited to increments

25            not to exceed one year. 8 CFR §274a.12(c)(9). Therefore, Plaintiff has been forced

26            to repeatedly apply and pay for extensions of employment authorization–three

27            times so far–to the continued inconvenience and harassment of Plaintiff to

28            continually insure her work eligibility.  Due to the CIS's delay of the grant of her

last EAD, Plaintiff Liya YANG was unable to show proof of employment eligibility and was not paid salary for three months from November 2006 to January 2007 (**Exhibit 4: Letter from UCSF**).

(d)  Plaintiff Liya YANG has been further damaged in that her naturalization application, for which she is eligible to apply three years after she receives her Permanent Resident status, has now been delayed due to the pendency of her I-485 application.

(e)  Plaintiff Liya YANG was unable to apply for the National Institute of Health Grant in December 2005 because Plaintiff is not a U.S. Permanent Resident.

12.  The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-485 applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' cases.

## PRAYER

13.  WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a)  requiring Defendants to expeditiously complete Plaintiff Liya YANG's FBI Security Check for her I-485 application, if security check is the only reason for the delay;

(b)  requiring Defendants to expeditiously process Plaintiff's I-485 Application to conclusion;

(c)  awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act; and

(d)  granting such other relief at law and in equity as justice may require.

Dated:    September 25, 2007

Respectfully submitted,

Justin X. WANG, Esq.
Attorney for Plaintiff

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT

F:\LING\Mandamus\485 Family Based\YANG Liya & YEE Irvin\Complaint.wpd

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated:        September 25, 2007                    Respectfully submitted,



_____
Justin X. WANG, Esq.
Attorney for Plaintiff

---

**Case No.:**
PLAINTIFFS' ORIGINAL COMPLAINT

F:\LING\Mandamus\485 Family Based\YANG Liya & YEE Irvin\Complaint.wpd

1

2

3

# LIST OF ATTACHMENTS

4

5
| *Exhibit* | *Description* |
| --- | --- |
| 1 | Receipt |
| 2 | Notice from CIS San Jose Office |
| 3 | Copy of San Jose CA Processing Dates Posted on September 15, 2007 |
| 4 | Letter from UCSF |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

```
            USDHS
          SAN JOSE
       RETAIN THIS RECEIPT

11:36AM      Jan 31/05
00-0000 002    SNJ-EL
#79405


A #          98407206
Last Name        YANG
First Name       LIVA


I-485        $315.00
FP-Fee/F0258 $70.00
I-130 SPOUSE$185.00
I-765        $175.00

XTTL         $745.00
Check        $315.00
Check        $185.00
Check        $175.00
Check         $70.00


        XOfficialX
        XDocumentX
```

Exhibit 2



**U.S. DEPARTMENT OF HOMELAND SECURITY**
*U.S. Citizenship and Immigration Services*
*1887 Monterey Road*
*San Jose, CA. 95112*

## ADJUSTMENT OF STATUS NOTICE

Date: MAY 1 0 2005
Alien Registration #:

Riding With: A98407206

Dear Applicant: Liya Yang,

Your application for permanent resident status is pending for the reason(s) checked below:

> INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW. No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:
>
> WALK-IN OR DROP OFF INQUIRY:                OR          MAIL
> INFORMATION UNIT LOBBY                                            U.S. Citizenship and Immigration Services
> 1887 Monterey Road, San Jose, CA.                            ATTN: AOS INQUIRIES
> SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM          1887 Monterey Road
> Thurs. – 7:00 AM – 12:00 NOON                                  San Jose, CA 95112
>
> NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.

☒ A required background check has been initiated; however, a response is still pending for
☒ you    ☐ your spouse    ☐ your child(ren): _____

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is: _____ Country of Chargeability: _____ Priority Date _____. *When a visa number is available, you should* MAIL *a copy of this notice to:*

> *USCIS, Attention: Priority Date, 1887 Monterey Road, San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* six months *from the above date, you may inquire concerning your case in Room 200, Window 1.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are NOT available until October 1st of each year. If you have not heard anything by December 1st of that year, mail a copy of this notice to:

> *USCIS, Attention: Priority Date, 1887 Monterey Road, San Jose, CA 95112.*

☐ Please follow the instructions on attached Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)). (Submit copies of all requested original documents)

☐ Attorney Notified

**Web site:**
**www.uscis.gov**

WR-830.    (SNJ) 2210;    (IREV. 03/01/04)

Exhibit 3



Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted September 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| **I-131** | Application for Travel Documents | 3 Months |
| **I-485** | Application to Register Permanent Residence or Adjust Status | 6 Months |
| **I-600** | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| **I-600A** | Application for Advance Processing of Orphan Petition | 3 Months |
| **I-765** | Application for Employment Authorization | 11 Weeks |
| **N-400** | Application for Naturalization | January 12, 2007 |
| **N-600** | Application for Certification of Citizenship | March 18, 2007 |

Print This Page        Back

**09-24-2007 07:45 PM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

Exhibit 4

TOTAL P.01

University of California
San Francisco



Department of Anesthesia and Perioperative Care

513 Parnassus Avenue
Box 0464
San Francisco, CA 94143-0464

January 16, 2007

To Whom It May Concern,

I am writing on behalf of Dr. Liya Yang.  Her work with me on a United
States government funded biomedical research project has been
interrupted by the need for a work permit.  It has been a financial hardship
for her to be out of work for two months now. In addition, anything that
can be done to expedite issuing this permit would be greatly beneficial to
the research she is performing.

If you have any questions, please feel free to contact me.

Sincerely,

James M. Sonner, MD
Associate Professor of Anesthesia
sonnerj@anesthesia.ucsf.edu
415/476-6735; fax 415/502-5375