SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRVIN K. YEE, and LIYA YANG, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br> Defendants | No. C 07-4984 RS <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

///
///
///
///
///
///
///
///
///

1   In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs and Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 29, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            MELANIE L. PROCTOR
                                            Assistant United States Attorney
                                            Attorney for Defendants


Dated: November 29, 2007                    _____/s/_____
                                            JUSTIN X. WANG
                                            Attorney for Plaintiffs

CONSENT
C07-4984 RS                                 2