1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                *E-FILED 11/29/07*
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12 IRVIN K. YEE,                            )
   and LIYA YANG,                           ) No. C 07-4984 RS
13                                          )
                   Plaintiffs,              )
14                                          ) **STIPULATION TO DISMISS; AND**
             v.                             ) **[PROPOSED] ORDER**
15                                          )
   MICHAEL CHERTOFF, Secretary of the       )
16 Department of Homeland Security;         )
   ROBERT S. MUELLER, Director of Federal   )
17 Bureau of Investigation,                 )
                                            )
18                 Defendants               )
                                            )
19

20      Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22 action without prejudice in light of the fact that the United States Citizenship and Immigration Services

23 is now prepared to adjudicate Plaintiff Liya Yang's application for adjustment of status application

24 (Form I-485) and agrees to do so within 30 days of the dismissal of this action.

25 ///

26 ///

27 ///

28 ///

Stipulation to Dismiss
C07-4984 RS                                     1

1  Each of the parties shall bear their own costs and fees.

2  Dated: November 29, 2007                     Respectfully submitted,

3                                               SCOTT N. SCHOOLS
                                                United States Attorney

                                                       /s/
                                                MELANIE L. PROCTOR
                                                Assistant United States Attorney
                                                Attorney for Defendants

   Dated: November 29, 2007                            /s/
                                                JUSTIN X. WANG
                                                Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   November 29, 2007                       _____
                                                RICHARD SEEBORG
                                                United States Magistrate Judge

Stipulation to Dismiss
C07-4984 RS                         2